187 So. 899

### J. A. WOODARD v. STATE.
#### 8 Div. 772.

Court of Appeals of Alabama.
March 21, 1939.

Wm. Stell, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

From a judgment of conviction for the offense of public drunkenness this appeal was taken. The record discloses no reversible error occurred in the court below, therefore the judgment of conviction aforesaid will stand affirmed.

Affirmed.

181 So. 926

### E. J. WOODS v. STATE.
#### 7 Div. 355.

Court of Appeals of Alabama.
June 7, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

188 So. 927

### Floyd WOOLEY v. STATE.
#### I Div. 335.

Court of Appeals of Alabama.
April 11, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 923

### Lewis Mathew WOOTEN v. STATE.
#### 6 Div. 331.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 927

### James YATES v. STATE.
#### 8 Div. 619.

Court of Appeals of Alabama.
Nov. 9, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.